# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

   v.                                   **Case No. 89-CR-98**

**JUAN ANTONIO DELGADO**
      **Defendant.**

## ORDER

Defendant Juan Antonio Delgado moves for early termination of his supervised release in this case.[1] See 18 U.S.C. § 3583(e)(1). However, according to court records, jurisdiction over this matter was transferred to the district court for the Southern District of Florida in 2006. (R. 12.) Pursuant to 18 U.S.C. § 3605, the court to which jurisdiction is transferred is authorized to exercise all powers over the releasee permitted by sub-chapter D of chapter 227, which includes § 3583(e). Accordingly, defendant should make his request to the district court for the Southern District of Florida.[2] The instant motion (R. 13) is dismissed without prejudice to refiling in the Southern District of Florida.

Dated at Milwaukee, Wisconsin, this 16th day of February, 2010.

                                        /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge

---

[1] Judge Curran sentenced defendant in 1992. The case was reassigned to me on Judge Curran's retirement.

[2] It appears that defendant has made – and the court has granted – a similar request in another case defendant has in Florida. (R. 14.)